**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:24-CV-142-GHD-RP**

**AQUAYLA STOKES**                                    **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Aquayla

Stokes. The parties stipulate and consent to the entry of judgment in favor of the United States

of America against Defendant Aquayla Stokes on the basis of a violation of the False Claims

Act, U.S.C. §3729-3733, in the sum of $21,136.11, which sum specifically includes $18,636.11

(Loan # 4619369002) (the amount of the loan plus interest through the date of forgiveness) for

her Paycheck Protection Program loan and $2,500.00 for the bank's processing fee. Post

judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be

computed daily and compounded annually until paid in full, but without costs to either party.

Defendant Aquayla Stokes agrees that the sum owed, $21,136.11 plus interest, is due and

payable in full immediately. Defendant also agrees to pay a separate $405.00 filing fee pursuant

to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Aquayla Stokes pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied. The amount of this payment shall be subject to

review and modification not less than annually. This debt shall also be included in the Treasury

Offset Program so that any federal monies owed to Defendant Aquayla Stokes will be credited to

her outstanding debt.

IT IS SO ORDERED this the 12ᵗᵈ day of August 2024.

_____

UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY:      _____

SAMUEL D. WRIGHT (MSB #101425)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: Samuel.wright@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____

AQUAYLA STOKES, *Pro Se Defendant*

2